### PALADINO v. STATEN ISLAND MIDLAND RY. CO.

(Supreme Court, Appellate Division, Second Department.   May 1, 1908.)

COURTS—MUNICIPAL   COURTS — APPEAL — RECORD — RETURN — SUFFICIENCY —
FAILURE TO INCLUDE EVIDENCE.

Municipal Court Act, Laws 1902, p. 1580, c. 580, § 317, provides that the clerk of the court must make a return which must contain all the proceedings, including the evidence and the judgment.   The certificate of the clerk of the Municipal Court attached to a return recited that the foregoing was "substantially" all the evidence given on the trial.   *Held*, that it was not sufficient to return substantially all of the evidence, and the return was defective in not stating that all of the evidence was contained therein, and the appeal would be dismissed unless a proper return is made.

Appeal from Municipal Court, Borough of Richmond, Second District.

Action by James Paladino against the Staten Island Midland Railway Company.   Judgment for plaintiff, and defendant appeals.   Appeal dismissed, unless appellant causes a proper return to be filed.

Argued before WOODWARD, JENKS, HOOKER, RICH, and MILLER, JJ.

Frank H. Innes, for appellant.

Arnold J. B. Wedemeyer, for respondent.

HOOKER, J.   Relating to the papers on which an appeal shall be heard, section 317 of the Municipal Court act (Laws 1902, p. 1580, c. 580) provides as follows:

"The clerk of the court or his successor in office, must  *  *  *  make a return.  *  *  *  The return must contain all the proceedings, including the evidence and the judgment."

The return in this case is defective, for it does not appear that there has been returned to the court all the proceedings.   The certificate of the clerk of the Municipal Court attached to the return is in this language:

"The foregoing is substantially all the evidence given on the trial of said action."

It will not do to return substantially all the evidence.   The mandate of the section of the Municipal Court act is plain that all of the proceedings must be returned, and substantially all is not all.   Returns in this language are not unknown to this court, and, if they are persisted in, the court will not hesitate to dismiss appeals where they appear.

This appeal should be dismissed, unless within 10 days the appellant causes to be filed in this court a return which conforms with the section.

Appeal dismissed, with costs, unless within 10 days the appellant causes to be filed in this court a return which conforms to section 317 of the Municipal Court act.   All concur.